**STATE of Missouri, Respondent,**

v.

**Dennis J. LONG, Appellant.**

**No. WD 35012.**

Missouri Court of Appeals, Western District.

June 26, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1984.

Application to Transfer Denied Oct. 9, 1984.

James W. Fletcher, Public Defender, Kevin Locke, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Janet E. Papageorge, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and SHANGLER and NUGENT, JJ.

### ORDER

*PER CURIAM:*

Appeal from judgment of conviction of second degree murder, Section 565.004, RSMo 1978.

Affirmed. Rule 30.25(b).